**Form B18 (Official Form 18)(12/07)**

# United States Bankruptcy Court

Middle District of Florida

**Case No. 8:08–bk–11637–MGW**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John Carlos                                    Maria Carlos
   aka Joao Carlos                          15211 29th Lane East
   15211 29th Lane East                  Parrish, FL 34219
   Parrish, FL 34219

Social Security No.:
   xxx–xx–7025                                   xxx–xx–5298

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____
Dated: December 4, 2008           Michael G. Williamson
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: ritchd                Page 1 of 1                   Date Rcvd: Dec 04, 2008
Case: 08-11637                Form ID: B18                Total Served: 23

The following entities were served by first class mail on Dec 06, 2008.
db           +John Carlos,   15211 29th Lane East,    Parrish, FL 34219-1843
jdb          +Maria Carlos,  15211 29th Lane East,    Parrish, FL 34219-1843
cr           +Roseville GMAC,   P.O. Box 130424,    Roseville, MN 55113-0004
14890173     +Bank of America Mortgage,    Attn: Bankruptcy Dept,   475 Crosspoint Parkway,
               Getzville, NY 14068-1609
14890175     +Citi Cards,   PO Box 6077,    Sioux Falls, SD 57117-6077
14890176     +CitiBank,   Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14890177     +Dsnb Macys,   Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
14890178     +First Horizon,   P.O. Box 1532,    Memphis, TN 38101-1532
14890179     +First Tennessee Bank,   6522 Chapman Hwy,    Knoxville, TN 37920-6567
14934851     +First Tennessee Bank NA,    6522 Chapman Hwy,   Knoxville, TN 37920-6567
14890182     +NCO Financial Systems,   P.O. Box 61247,    Virginia Beach, VA 23466-1247
14914085      Susan D. Profant, CFCA, CLA, FRP, Paralega,    Ken Burton, Jr.,   Manatee County Tax Collector,
               P. O. Box 25300,   Bradenton, FL    34206-5300
14890183     +Universal/Citi,   Po Box 20507,    Kansas City, MO 64195-0507
14890184     +Wachovia Bank,   P.O. Box 659558,    San Antonio, TX 78265-9558
14890185     +World Savings & Loan,   4101 Wiseman Blvd,    Attn: Bankruptcy,   San Antonio, TX 78251-4201

The following entities were served by electronic transmission on Dec 05, 2008.
tr            EDI: QAESPOSITO.COM Dec 05 2008 06:33:00     Angela Welch Esposito,    PO Box 549,
               Odessa, FL  33556-0549
14890169     +EDI: BECKLEE.COM Dec 05 2008 06:34:00     American Express,   c/o Becket and Lee,   Po Box 3001,
               Malvern, PA 19355-0701
14890170     +EDI: BANKAMER.COM Dec 05 2008 06:33:00     Bank Of America,   Attn: Bk NC4-105-02-99,
               Po Box 26012,   Greensboro, NC 27420-6012
14890172      EDI: BANKAMER.COM Dec 05 2008 06:33:00     Bank of America,   PO Box 15026,
               Wilmington, DE 19850-5026
14890171     +EDI: BANKAMER.COM Dec 05 2008 06:33:00     Bank of America,   Attn: BK Dept NC4-105-03-14,
               Po Box 26012,   Greensboro, NC 27420-6012
14890173     +EDI: BANKAMER2.COM Dec 05 2008 06:34:00     Bank of America Mortgage,   Attn: Bankruptcy Dept,
               475 Crosspoint Parkway,   Getzville, NY 14068-1609
14890174     +EDI: CAPITALONE.COM Dec 05 2008 06:33:00     Capital One,   C/O TSYS Debt Mgmt,   Po Box 5155,
               Norcross, GA 30091-5155
14890176     +EDI: CITICORP.COM Dec 05 2008 06:33:00     CitiBank,   Attention: Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195-0507
14890180     +EDI: RMSC.COM Dec 05 2008 06:33:00     Gemb/Ethan Allen,   Po Box 981127,
               El Paso, TX 79998-1127
14890181     +EDI: RMSC.COM Dec 05 2008 06:33:00     Gemb/Gap,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
                                                                                                 TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wachovia Mortgage, FSB
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2008**                    **Signature:** _Joseph Speetjens_